Kalen FAULKNER, Petitioner Below, Appellant,

v.

STATE of Delaware, Respondent Below, Appellee.

No. 197, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: December 4, 2017

Court Below: Family Court of the State of Delaware, in and for New Castle County, Case Nos.: 0901019655, 0705003072, 0705020335, CPI No.: 17–06102

**AFFIRMED.**

∎

WILMINGTON PAIN & REHABILITATION CENTER, P.A., on behalf of itself and all others similarly situated, Plaintiff Below, Appellant,

v.

USAA GENERAL INDEMNITY INSURANCE COMPANY and Garrison Property and Casualty Insurance Company, Defendants Below, Appellees.

No. 472, 2017

Supreme Court of Delaware.

Submitted: November 16, 2017

Decided: December 12, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C–06–218

REFUSED.